IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY HERRERA,<br>    Plaintiff | No. 3:24-CV-0504 |
| | (Judge Munley) |
| v. | |
| PENNSYLVANIA DEPARTMENT<br>OF CORRECTIONS, *et al.*,<br>    Defendants | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's complaint is **DISMISSED** with prejudice as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A(b)(1).

2. Defendants' motions to dismiss (Docs. 17, 18, 19, 21) are **DISMISSED** as moot in light of paragraph 1 above.

3. The Clerk of Court is directed to CLOSE this case.

Date: 8/20/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court